**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MARONICA SHURON CAMPBELL, o/b/o
N.J.C., a minor,

      Plaintiff,

      v.

KILOLO KIJAKAZI,

      Defendant.

CIVIL ACTION NO.: 4:20-cv-132

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's June 13, 2022, Report and Recommendation, (doc. 29), to which no party has filed an objection.  The Court **ADOPTS** the Report and Recommendation as its opinion and **GRANTS** Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). (Doc. 26.)   Plaintiff is awarded $5,687.08 in attorney's fees and $17.25 in costs.   Upon the entry of this Order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 21 U.S.C. §§ 3711, 3716.   If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff.   The Government may, in its discretion, accept Plaintiff's assignment of EAJA fees and pay the fees and costs directly to Plaintiff's counsel.

      **SO ORDERED**, this 11th day of October, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA